LAP-SUN CHAN
Suitable Age Service

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## AFFIRMATION OF SERVICE

#41033#

Index no : 26CV06960 AS RWL
Date of Purchase: 08/14/2026

| | |
|---|---|
| Plaintiff(s): | LAP-SUN CHAN |
| Defendant(s): | TROMA ENTERTAINMENT, ET AL |

**MARTIN FRIEDMAN**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **08/20/2026** at **3:56 PM**, I served the within **CIVIL COVER SHEET; SUMMONS AND COMPLAINT** on **BENJAMIN JOHNSON** the **Defendant(s)** at **36-40 11TH STREET, LONG ISLAND CITY, NY 11106** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **Luke Maddren**, **CO-WORKER** a person of suitable age and discretion.

Approximate description of person documents were left with:

| Perceived gender | Perceived race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **White / Caucasian** | **Brown** | **43** | **5ft 08in** | **160 lbs** |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **Luke Maddren** whether the **Defendant(s)** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant(s)** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **08/21/2026** I deposited in the United States mail a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addresses to said **Defendant(s)** at **36-40 11TH STREET, LONG ISLAND CITY, NY 11106**. That address being the **actual place of business of the Defendant(s)**.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

I affirm this 21st day of August, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X
MARTIN FRIEDMAN
License#: 2130772-DCWP
B & G Legal Support Services Inc
225 BROADWAY Suite 3430
New York, NY 10007
212.635.3555
DCA License#: 2110710

Notary Not Required Pursuant To N.Y. CPLR 2106

RECEIVED
SDNY PRO SE OFFICE
2026 AUG 28 AM 10: 22

Cap-Sun Chan
4266 Saull St.
Flushing NY 11355

Pro se

MID-ISLAND NY 117
24 AUG 2026 PM 6 L

Freedom 250
FOREVER

US District Court
Southern District of NY
500 Pearl Street
NY NY 10007

RECEIVED
AUG 27 2026
CLERK'S OFFICE
S.D.N.Y.

USM P3
SDNY

10007-133099